1

2

3

4

5              **UNITED STATES DISTRICT COURT**

6              **EASTERN DISTRICT OF CALIFORNIA**

7

8    RALPH GARBARINI,                    )   Case No.: 1:14-cv-01058-AWI-SAB (PC)
                                         )
9              Plaintiff,                )
                                         )
10         v.                            )   ORDER REGARDING PLAINTIFF'S NOTICE
                                         )   TO COURT OF NON-RECEIPT OF ANSWER
11   WAYNE ULIT, et al.,                 )   TO COMPLAINT
                                         )
12             Defendants.               )   [ECF No. 12]
                                         )
13   _____)

14         Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action

15   pursuant to 42 U.S.C. § 1983.

16         On January 28, 2015, Plaintiff filed a notice of the Court of non-receipt of an answer to the

17   complaint from Defendant Wayne Ulit.  Plaintiff is advised that Defendant Ulit waived service of the

18   summons and complaint, and a response to the complaint is due within sixty days after December 12,

19   2014, which has not yet expired.  Thus, to the extent Plaintiff seeks entry of default as to Defendant

20   Ulit, his request is premature and must be denied on such basis.

21

22   IT IS SO ORDERED.

23   Dated:   **January 29, 2015**      _____

24                                      UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                              1