UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI,<br><br>        Plaintiff,<br><br>    v.<br><br>WAYNE ULIT, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-01058-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S SECOND NOTICE TO COURT OF NON-RECEIPT OF ANSWER TO COMPLAINT<br><br>[ECF No. 15] |

    Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 19, 2015, Plaintiff filed a second notice of the Court of non-receipt of an answer to the complaint from Defendants Ulit, Smith, Moon, and Wang.  Plaintiff is advised that Defendants filed a timely response via motion to dismiss on February 10, 2015, which was served by U.S. mail on Plaintiff at his address of record.  (ECF No. 14.)  Thus, to the extent Plaintiff seeks entry of default pursuant to Federal Rule of Civil Procedure 55 against Defendants, his request must be DENIED.

IT IS SO ORDERED.

Dated:  **February 20, 2015**

                          UNITED STATES MAGISTRATE JUDGE

1