UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE ULIT, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01058-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S REQUEST FOR ACCESS TO THE LAW LIBRARY<br><br>[ECF Nos. 17, 18] |

　　　　Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 31, 2015, the Magistrate Judge issued a Findings and Recommendation recommending that Plaintiff's request for access to the law library be denied.  (ECF No. 18.)  The Findings and Recommendation was served on Plaintiff and contained notice that objections were to be filed within thirty days.  The thirty day time frame has expired and Plaintiff did not file objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Findings and Recommendations, filed on March 31, 2015, is adopted in full; and

3  2. Plaintiff's request for a court order to gain access to the law library is DENIED.

5  IT IS SO ORDERED.

6  Dated: June 25, 2015

   _____
   SENIOR DISTRICT JUDGE

2