UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE ULIT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01058-AWI-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' MOTION TO STAY AS MOOT<br><br>[ECF No. 45] |

　　　　Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 3, 2015, Defendants filed a motion to stay the action pending Plaintiff's appeal of the Court's dismissal of Plaintiff's request for monetary damages from Defendants in their official capacities under the Eleventh Amendment.  (ECF No. 40.)  On September 16, 2015, the Ninth Circuit Court of Appeals dismissed the appeal for lack of jurisdiction.  (ECF No. 46.)  Accordingly, Defendants' motion to stay this action is DENIED as MOOT.

IT IS SO ORDERED.

Dated:　**September 16, 2015**　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1