1

2

3

4

5

6

7

8                                    **UNITED STATES DISTRICT COURT**

9                                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   RALPH GARBARINI,                          )    Case No.: 1:14-cv-01058-AWI-SAB (PC)
                                               )
12            Plaintiff,                        )
                                               )    ORDER REGARDING PLAINTIFF'S MOTION
13       v.                                     )    FOR TIMELY SCREENING OF THE FIRST
                                               )    AMENDED COMPLAINT AND GRANTING
14   WAYNE ULIT, et al.,                        )    MOTION FOR COPY OF DOCKET SHEET
                                               )
15            Defendants.                       )    [ECF Nos. 45, 48]
                                               )
16   _____      )

17          Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19          On September 30, 2015, the Court granted Plaintiff's motion for leave to file a first amended

20   complaint and Plaintiff's first amended complaint lodged on July 6, 2015 was ordered filed.  (ECF No.

21   49.)  The Court also denied Plaintiff's pending motion for summary judgment as moot.  (ECF No. 49.)

22          Now pending before the Court is Plaintiff's motion for timely screening of the first amended

23   complaint and motion requesting a copy of the Court docket sheet.  (ECF Nos. 45, 48.)

24          Inasmuch as Plaintiff's first amended complaint was ordered filed on September 30, 2015,

25   Plaintiff is advised that the Court will screen Plaintiff's first amended complaint in due course.

26   To the extent Plaintiff's motion is construed as seeking to have his complaint screened immediately,

27   his request is rejected.  The Eastern District of California is laboring under one of the heaviest

28   caseloads per judge in the nation and a significant percentage of those cases are pro se prisoner civil

                                                      1

rights cases.  Plaintiff may be assured that his complaint will be screened in due course, but he lacks legal entitlement to demand that his case be moved to the front of the line for review.  28 U.S.C. § 1915A.

Plaintiff requests a copy of the Court's docket sheet for this case.  Although Plaintiff does not indicate the need for a copy of the court's docket sheet in this case, in the interest of justice the Court will provide Plaintiff a copy of the docket sheet.  However, Plaintiff is advised that the Clerk does not provide free copies of case documents to parties.  The Clerk charges $.50 per page for copies of documents.  See 28 U.S.C. § 1914(a).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.  The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents of the Court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent plaintiff except by order of the judge.

Accordingly, it is HEREBY ORDERED that:

1.   Plaintiff's first amended complaint will be screened in due course; and

2.   The Clerk of Court is directed to send Plaintiff a copy of the docket sheet for this case.

IT IS SO ORDERED.

Dated:    **September 30, 2015**

3.

UNITED STATES MAGISTRATE JUDGE

2