UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI,<br><br>         Plaintiff,<br><br>     v.<br><br>WAYNE ULIT, et al.,<br><br>         Defendants. | Case No.: 1:14-cv-01058-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER DIRECTING DEFENDANTS TO RESPOND TO COMPLAINT<br><br>[ECF No. 56] |

Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Plaintiff's request for a court order directing Defendants to file a response to Plaintiff's first amended complaint, filed December 16, 2015.

Plaintiff is advised that Defendants filed a timely answer to Plaintiff's first amended complaint on December 7, 2015, and such answer was served by mail at Plaintiff's address of record.  (ECF No. 54.)  In response to Defendants' answer to the complaint, the Court issued the discovery and scheduling order on December 9, 2015.  (ECF No. 55.)  Accordingly, there is no basis to further order a response by Defendants, and Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **December 18, 2015**

UNITED STATES MAGISTRATE JUDGE

1