UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE ULIT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01058-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 59, 70] |

　　　　Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On March 10, 2015, the Magistrate Judge filed a Findings and Recommendation which was served on the parties and contained notice that objections to the Findings and Recommendations were to be filed within thirty days.  Plaintiff filed objections on April 4, 2016, and Defendants filed a response on April 13, 2016.  Local Rule 304(b), (d).

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Plaintiff's objections simply reiterate the arguments made in his motion for summary judgment. No basis exists to depart from the Magistrate Judge's Findings and Recommendations.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations, filed on March 10, 2016, is adopted in full; and

3    2.    Plaintiff's motion for summary judgment is DENIED.

IT IS SO ORDERED.

Dated:   June 1, 2016

SENIOR DISTRICT JUDGE