UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI,<br><br>    Plaintiff,<br><br>    v.<br><br>WAYNE ULIT, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-01058-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL WITHIN TWENTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 78] |

    Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On June 13, 2016, Plaintiff filed a motion to compel discovery. (ECF No. 78.) Pursuant to Local Rule 230(l), Defendants have not filed an opposition to statement of non-opposition. In this instance, the Court will extend a one-time courtesy and provide Defendants with additional time to file such opposition or statement of non-opposition, because the Court cannot resolve Plaintiff's motion without input from Defendants, specifically on whether the discovery request was made on Defendants' counsel prior to the motion being filed. However, Defendants are cautioned that failure to comply with Local Rule 230(l) may be deemed a waiver of opposition to any motion filed and may result in a granting of a movant's motion, and Local Rule 230(l) will be enforced in the future.

///

///

1  Accordingly, within **twenty (20)** days from the date of service of this order, Defendants shall
2  file an opposition or statement of non-opposition to Plaintiff's pending motion to compel.

4  IT IS SO ORDERED.

5  Dated:   **July 20, 2016**

6  UNITED STATES MAGISTRATE JUDGE