UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE ULIT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01058-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER, STAYING DISCOVERY<br><br>[ECF No. 88] |

Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to modify the discovery and scheduling order, filed October 14, 2016. Defendants specifically request that the dispositive motion deadline be extended until thirty days after the Court issues a decision on the pending motion for summary judgment on exhaustion grounds.

///
///
///
///
///
///

1

1     Good cause having been presented to the Court, it is HEREBY ORDERED that the
2 Defendants' request to modify the dispositive motion deadline is GRANTED, and Defendants have
3 thirty (30) days from the final ruling on the pending motion for summary judgment on exhaustion
4 grounds to file a dispositive motion.

6 IT IS SO ORDERED.

7 Dated: **October 17, 2016**

8                                        UNITED STATES MAGISTRATE JUDGE