# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE ULIT, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01058-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF FINDINGS AND RECOMMENDATIONS AS MOOT<br><br>[ECF No. 91] |

　　　　Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion "for timely submittal to the assigned judge proposed findings of fact and recommendations re motion for summary judgment[,]" filed November 9, 2016. Inasmuch as the Court issued Findings and Recommendations on October 31, 2016, recommending that Defendant Wang's motion for summary judgment be denied, Plaintiff's present motion is moot and is hereby denied.

IT IS SO ORDERED.

Dated:　**November 14, 2016**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1