# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI, | Case No.: 1:14-cv-01058-AWI-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR TIMELY FINDINGS AND RECOMMENDATIONS |
| WAYNE ULIT, et al., | [ECF No. 131] |
| Defendants. | |

Plaintiff Ralph Garbarini is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for timely issuance of proposed findings and recommendations, filed July 25, 2017.

Plaintiff is advised that the Court is aware of the pending motions in this action and will issue proposed findings and recommendations in due course.  The Court has an extremely large number of pro se plaintiff civil rights cases pending before it, and delay is inevitable.  As long as a party keeps the Court informed of the party's current address, the Court will provide notice of all actions which might affect the case as soon as an action is taken in the case.  Plaintiff is advised that the Court will not file or respond in writing to any future requests for status of the case.

IT IS SO ORDERED.

Dated: __July 26, 2017__

UNITED STATES MAGISTRATE JUDGE

1